**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00800-CV

_____

**HARRIS COUNTY DEPARTMENT OF EDUCATION PUBLIC FACILITY CORPORATION, Appellant**

**V.**

**SOVEREIGN BUILDERS, INC. D/B/A CONSTRUCTION LTD., Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-74659**

---

## MEMORANDUM OPINION

On June 3, 2025, the Court granted appellant's motion to abate the appeal to permit the parties to finalize their settlement. On August 28, 2025, appellant filed an unopposed motion to dismiss the appeal because the parties have settled their differences.

We lift the abatement and reinstate the appeal on the active docket. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a)(1). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.